**Entered on Docket
December 03, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

___

BARRY LEVINSON & ASSOCIATES
BARRY LEVINSON, ESQ.
Nevada Bar No.: 006721
JEREMY MONDEJAR, ESQ.
Nevada Bar No.: 11213
2810 S. Rainbow Blvd.
Las Vegas, Nevada 89146
(702) 836-9696
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>**MARY A. HERRINGTON**<br><br>Debtor(s). | Case No. BKS-09-29124-BAM<br>Chapter 13<br><br>Hearing Date:  10/28/10<br>Hearing Time:  2:30 pm |

**ORDER GRANTING MOTION FOR APPROVAL FOR DEBTOR (S) TO OBTAIN**

**LOAN MODIFICATION**

After hearing this matter on 10/28/10, this Court orders as follows:

IT IS HEREBY ORDERED that the Loan Modification as proposed in the Sept. 1, 2010 Proposal Letter from Wells Fargo Home Mortgage to Debtor, Mary A. Herrington be approved in all its terms as written in the letter;

…

…

1     IT IS SO ORDERED.

2 Dated: 12/2/10

3 Submitted by:

4  /S/ JEREMY MONDEJAR

5 JEREMY MONDEJAR, ESQ.

6 Attorney for Debtor

7

8 Approved as to form and content
RICK YARNALL, TRUSTEE

9 _____

10 RICK YARNALL,
Chapter 13 Trustee

11 **FAILED TO RESPOND**

12 **ADMINISTRATIVE ORDER NO. 2010-01**

13 LR 9021(c) is hereby amended to read as follows:

14     1) Documents listed in subsection (a) above must be submitted to the court
15        with the following certification from the submitting counsel:

16 In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

17     ___ The Court waived the requirements of LR 9021(b)(1).
18     ___ No party appeared at the hearing or filed an objection to the motion.
    __x__ I have delivered a copy of this proposed order to all counsel who
19 appeared at the hearing, any unrepresented parties who appeared at
the hearing, and each has approved or disapproved the order, or failed
20 to respond, as indicated below
[list each party and whether the party has approved, disapproved, or
21 failed to respond to the document]:
    ___ I certify that this is a case under Chapter 7 or Chapter 13, that I have
22 served a copy of this order with the motion pursuant to LR 9014(g), and that no
23 parties has objected to the form or content of the order.

24                          ###

25

26

27

28